952

No. 537. UNITED STATES EX REL. KEEFE *v.* DULLES, SECRETARY OF STATE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alan R. Vogeler* and *Merritt B. Curtis* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents.

No. 540. DIXIE TERMINAL Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Solicitor General Sobeloff, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 541. VINCENT ET AL. *v.* SUNI-CITRUS PRODUCTS Co. ET AL. C. A. 5th Cir. Certiorari denied. *Prentice E. Edrington* for petitioners. *Harry A. Toulmin, Jr., J. Thomas Gurney* and *M. F. Goldstein* for respondents.

No. 542. FIDELITY & CASUALTY Co. OF NEW YORK *v.* BANK OF ALTENBURG. C. A. 8th Cir. Certiorari denied. *Allen L. Oliver* for petitioner. *Rush H. Limbaugh* for respondent.

No. 545. SECURITIES AND EXCHANGE COMMISSION *v.* TRANSVISION, INC. C. A. 2d Cir. Certiorari denied. *Solicitor General Sobeloff* and *William H. Timbers* for petitioner. *Maxwell H. Goldstein* for respondent. *A. Alan Reich* filed a brief for the Statutory Creditors' Committee, as *amicus curiae, in opposition to the petition* for a writ of certiorari.

No. 546. LOU JOHNSON Co., INC. ET AL. *v.* MOIST COLD REFRIGERATOR Co., INC. C. A. 9th Cir. Certiorari denied. *Leonard S. Lyon, Frank H. Uriell, Charles L.*

953

*Byron* and *William E. Lucas* for petitioners. *John B. Cuningham, T. Roland Berner* and *Aaron Lewittes* for respondent.

No. 547. TRADERS AND GENERAL INSURANCE CO. *v.* EDWARDS ET AL. C. A. 10th Cir. Certiorari denied. *Rex H. Holden* for petitioner. *G. Ellis Gable* for respondents.

No. 550. FOGARTY ET AL. *v.* AUSTRIAN ET AL., TRUSTEES; and

No. 551. PASTERNAK, EXECUTOR, *v.* AUSTRIAN ET AL., TRUSTEES. C. A. 2d Cir. Certiorari denied. *Horace R. Lamb* and *Murray D. Welch* for petitioners in No. 550. *Harry J. Pasternak* for petitioner in No. 551. *Carl J. Austrian* and *Saul J. Lance* for respondents. *Solicitor General Sobeloff, William H. Timbers* and *David Ferber* filed a brief for the Securities and Exchange Commission, as *amicus curiae.* Reported below: 216 F. 2d 278.

No. 553. ARCHER ET VIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Henry J. Fox* and *Edward Feldman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 557. McINTIRE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *C. A. Summers* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 568. MARTENEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Emmet A. Blaes* and *A. Lewis Oswald* for petitioner. *Solicitor General Sobeloff* for the United States.